UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - MOTION HEARING

Case No.:  1:19CR21                    Date:  8/19/19

**Defendant:** Robert Osborne, Custody          **Counsel:** Charles Bledsoe, Appt.

PRESENT:
JUDGE:           Pamela Meade Sargent    TIME IN COURT:  1:43 – 2:43 p.m.
Deputy Clerk:    Felicia Clark                              Total:  1 hour
Court Reporter:  Felicia Clark, FTR
U. S. Attorney:  Suzanne Kerney-Quillen
USPO:            Tom O'Neill
Case Agent:      Chris Mueller

**WITNESSES:**

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. | 1. Donna Henley |
| 2. | 2. Goldie Stephenson |

**PROCEEDINGS:**

Motion hearing held in re: DE 55.  All parties were present and ready to proceed.  Government motion for detention. Defense counsel presented evidence and questioned witnesses. Government proffered evidence to the Court. Oral argument by counsel. Court denied DE 55. Defendant was remanded to custody. Order of Detention is forthcoming.