# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION
### CRIMINAL MINUTES – SENTENCING HEARING

### VIA VIDEO CONFERENCE

| | |
|---|---|
| **Case No.:** 1:19CR21; 1:19CR47 | **Date:** 2/18/2021 |
| **Defendant:** Robert Osborne, Custody | **Counsel:** Mark Haugh, Retained |

**PRESENT:**
- JUDGE: James P. Jones
- Deputy Clerk: Felicia Clark
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Suzanne Kerney-Quillen
- USPO: Ryan Thayer
- Case Agent: Chris Mueller

TIME IN COURT: 10:26 – 10:55 a.m.
Total: 29 minutes

**PROCEEDINGS:**

**\*Defendant consented to video conference\***

☒ No Objections to Presentence Report.

☒ No evidence presented. Oral argument by counsel as to the appropriate sentence to be imposed in this case.

☒ Court adopts Presentence Report.

☒ Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP:   One Hundred and Twenty (120) months. This term consists of 120 months on each of Counts 1s and 5s of the Superseding Indictment in case no.: 1:19CR21 and Count 1 of the Indictment in case no.: 1:19CR47, all to be served concurrently.

SR:   Five (5) years. This term consists of 5 years on Count 1s (1:19CR21) and Count 1 (1:19CR47) and 3 years on Count 5s (1:19CR21), all such terms to run concurrently.

SA:   $300.00 due immediately.
FINE:   Waived
REST:   N/A

☐ Court recommends as follows:

  ☒ That the defendant be designated to either FCC Butner or FCI McDowell, in order to facilitate visits by family members.

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

(1)  Must pay any monetary penalty that is imposed by this judgment in the manner directed by the court;

(2)  Must reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons;

(3)  Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation is necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant must participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program; and

(4)  Must submit his or her person, property, house, residence, vehicle, papers, [computers as defined in 18 U.S.C. Section 1030(e)(1), other electronic communications or data storage devices or media], or office, to

a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his or her supervision and that the areas to be searched contain evidence of this violation

PAYMENT SCHEDULE:

☒ A lump sum payment of $300.00 is due immediately.

ADDITIONAL RULINGS:
☒ Defendant shall forfeit his interest in the property listed in the Order of Forfeiture entered on 11/10/2020.
☒ Order of Forfeiture shall be made a part of the judgment in this case.
☒ Defendant advised of right to appeal.
☒ Defendant remanded to custody.